# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| DAWUD AMEEN HUSAIN, | ) |
| Petitioner, | ) |
| v. | ) No. 4:20-cv-586-SNLJ |
| RICHARD JENNINGS, | ) |
| Respondent. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on review of petitioner George F. Aldridge's pro se petition for writ of habeas corpus. Petitioner has neither filed a motion for leave to proceed in forma pauperis, or paid the $5.00 filing fee. As such, before proceeding, plaintiff must either file such a motion or pay the fee. The Court will give plaintiff thirty days in which to respond. If plaintiff does not pay the fee or file a motion for leave to proceed in forma pauperis, this action will be dismissed without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall mail to plaintiff a copy of the Court's Motion to Proceed in Forma Pauperis – Prisoner Cases form.

**IT IS FURTHER ORDERED** that plaintiff shall either pay the $5.00 filing fee or submit a motion to proceed in forma pauperis within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice.

Dated this 23rd day of July, 2020.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE